IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| James R. Husvar, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. C-1-01-430 |
| | ) | |
| vs. | ) | |
| | ) | |
| Michel Rapoport, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Order Remanding Action

Pursuant to the Judgment of the United States Court of Appeals for the Sixth Circuit, this matter is hereby **REMANDED** to the Court of Common Pleas for Butler County, Ohio.

**IT IS SO ORDERED.**

                                                   /s/
                                      Sandra S. Beckwith
                                      United States District Judge