## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

James R. Husvar, et al.,
    Plaintiffs

v.                                      Case No. C-1-01-430

Michel Rapoport, et al.,
    Defendants

### ORDER

On October 9, 2003, this Court ordered this matter be remanded to the Court of Common Pleas for Butler County, Ohio, pursuant to the Order by the United States Court of Appeals for the Sixth Circuit dated July 23, 2003.

On October 15, 2003, the undersigned received a faxed letter from the individual defendants indicating that their Petition for Panel Rehearing or, in the alternative, Rehearing Enbanc is still pending.

Therefore, this Court's Order remanding this matter to the Court of Common Pleas for Butler County, Ohio, entered October 9, 2003 is hereby **VACATED**.

**IT IS SO ORDERED**.

October 21, 2003                           s/Sandra S. Beckwith
Date                                          Sandra S. Beckwith
                                              United States District Judge