UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

1:01-cv-430

No. 01-4254

FILED
OCT - 3 2005
LEONARD GREEN, Clerk

JAMES R. HUSVAR, SIDNEY B. GUTZWILLER, ROBERT V. CARUSO, and
RONALD W. BARNETT, individually and as the representatives of the plaintiff class,
    Plaintiffs - Appellants,

v.

MICHEL RAPOPORT, WILLIAM A. MARQUARD, THOMAS R. WALL, and
ROBERT A. YOUNG III,
    Defendants - Appellees.

Before:  BOGGS, Chief Judge; GUY and DAUGHTREY, Circuit Judges.

## AMENDED JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

    THIS CAUSE was heard on the record from the district court and was argued by counsel.

    IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED, the district court's order denying the plaintiffs' motion to remand is VACATED, and the case is REMANDED to the district court with instructions to remand the matter to the state court.

ENTERED BY ORDER OF THE COURT

_____
Leonard Green, Clerk