*Office of the Clerk*
*United States District Court*
*Potter Stewart U.S. Courthouse Bldg.*
*100 East Fifth Street, Room 103*
*Cincinnati, Ohio 45202*
*513/564-7520*

October 4, 2005

Office of the Clerk
Court of Common Pleas
for Butler County, Ohio
315 High St., 3rd Floor
Hamilton, Ohio 45011

      IN RE:    1:01-cv-430 James Husvar v. Michel Rapoport

      This is to notify you that the above captioned case has been remanded to your court.
      Enclosed please find a copy of the Order that was filed today.

      Sincerely,

      Mary Brown
      Deputy Clerk

Encls.