UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

------------------------------------- x
JAMES R. HUSVAR, *et al.*,           :
                                      :
            Plaintiffs,               :
                                      :
    vs.                               :
                                      :
MICHEL RAPOPORT, *et al.*,           :
                                      :
            Defendants.               :
------------------------------------- :
                                      x

Case No.: C-1-01-430

Judge Sandra S. Beckwith

Magistrate Judge Jack Sherman, Jr.

<u>NOTICE OF APPEARANCE</u>

Warren Jeffrey Sefton of the law firm Keating Muething & Klekamp PLL hereby gives notice of his appearance as additional counsel for Defendants Michel Rapoport, William A. Marquard, Thomas R. Wall, IV, and Robert A. Young, III in the above-referenced matter. Counsel's contact information appears below.

Respectfully submitted,

/s/ W. Jeffrey Sefton

W. Jeffrey Sefton (0075671)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6537
Fax: (513) 579-6457
jsefton@kmklaw.com
*Attorney for Defendants, Michel Rapoport, William A. Marquard, Thomas R. Wall, IV, and Robert A. Young, III*

OF COUNSEL:

Robert E. Zimet, Esq.
Susan L. Saltzstein, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, Rm. 28/326
New York, New York 10036-6522
Tel.: (212) 735-3000
Fax: (212) 735-2000
rzimet@skadden.com
ssaltzst@skadden.com
*Attorneys for Defendants, Michel Rapoport, William A. Marquard, Thomas R. Wall, IV, and Robert A. Young, III*

## CERTIFICATE OF SERVICE

I hereby certify that on **October 19, 2005**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

Richard S. Wayne, Esq.
Strauss & Troy LPA
The Federal Reserve Building
150 East Fourth Street, 4th Floor
Cincinnati, OH 45202-4018
Tel.: (513) 629-9472
Fax: (513) 629-9426
rswayne@strausstroy.com

Stanley M. Chesley, Esq.
Waite Schneider Bayless & Chesley Co. LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
Tel.: (513) 621-0267
Fax: (513) 621-0262
stanchesley@wsbclaw.com

Robert A. Steinberg, Esq.
Waite Schneider Bayless & Chesley
1513 Central Trust Tower
5 West Fourth Street
Cincinnati, OH 45202
Tel.: (513) 621-0267
Fax: (513) 381-2375
bobsteinberg@wsbclaw.cc

Steven F. Stuhlbarg, Esq.
7809 Shadowhill Way
Cincinnati, OH 45202
Tel.: (513) 807-7510
Fax: (513) 891-0929
stuhlbarg@yahoo.com

_____
W. Jeffrey Sefton

1527276.1