UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES R. HUSVAR,** *et al.*, | ) | Case No. 1:01-CV-430 |
| | ) | |
| **Plaintiffs,** | ) | (Judge Beckwith) |
| | ) | |
| **-v-** | ) | |
| | ) | **DEFENDANTS' MOTION TO** |
| **MICHEL RAPOPORT,** *et al.*, | ) | **VACATE ORDER OF REMAND** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

On October 3, 2005, the United States Court of Appeals for the Sixth Circuit issued an Amended Opinion in this case (Appeals Case No. 01-4254) ordering this Court to remand the instant action to state court. *See Amended Order* at p. 5 (attached hereto as Exhibit A); *Sixth Circuit Docket Sheet* at p. 8 (attached hereto as Exhibit B). At that time, however, the Sixth Circuit did not issue the mandate in this case. Defendants enjoyed until October 17, 2005 to complete and file their petition for rehearing and/or to request that the matter be reconsidered *en banc*. *See Sixth Circuit Docket Sheet* at p 8. On October 17, 2005, Appellees did indeed file a memorandum supplementing their petition and, accordingly, requested that the matter be reheard or reconsidered *en banc*.

On October 4, 2005, however – despite the fact that the case was still before the Sixth Circuit, where it currently remains – this Court issued an Order (Doc. No. 41) remanding the instant case to the Butler County Court of Common Pleas and, by letter dated the same day (Doc. No. 42), transmitted this Order to the state court. *See October 4, 2005 Order* (attached hereto as Exhibit C); *October 4, 2005 Letter* (attached hereto as Exhibit D). Despite the fact that this Court lacked jurisdiction to remand the case, it is unlikely that the state court is aware of this

procedural peculiarity. As a result, the state court likely assumes that it enjoys jurisdiction over the instant case at this time and, as a result, believes that applicable timeframes for proceeding in that court – such as filing responsive pleadings – have begun.

Accordingly, Defendants respectfully request that this Court vacate its October 4, 2005 Order remanding the case to the Butler County Court of Common Pleas for lack of jurisdiction. A proposed Order is attached hereto as Exhibit E for the Court's convenience.

Respectfully submitted,

/s/ W. Jeffrey Sefton
Richard L. Creighton, Jr. (0021806)
Pamela Morgan Hodge (0042033)
W. Jeffrey Sefton (0075671)
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6537
Fax: (513) 579-6457
rcreighton@kmklaw.com
phodge@kmklaw.com
jsefton@kmklaw.com
*Attorney for Defendants, Michel Rapoport, William A. Marquard, Thomas R. Wall, and Robert A. Young, III*

OF COUNSEL:

Robert E. Zimet, Esq.
Susan L. Saltzstein, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, Rm. 28/326
New York, New York 10036-6522
Tel.: (212) 735-3000
Fax: (212) 735-2000
rzimet@skadden.com
ssaltzst@skadden.com
*Attorneys for Defendants, Michel Rapoport, William A. Marquard, Thomas R. Wall, IV, and Robert A. Young, III*

## CERTIFICATE OF SERVICE

      I hereby certify that on **October 19, 2005** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

Richard S. Wayne, Esq.  
Strauss & Troy LPA  
The Federal Reserve Building  
150 East Fourth Street, 4th Floor  
Cincinnati, OH  45202-4018  
Tel.:    (513) 629-9472  
Fax:    (513) 629-9426  
rswayne@strausstroy.com

Robert A. Steinberg, Esq.  
Waite Schneider Bayless & Chesley  
1513 Central Trust Tower  
5 West Fourth Street  
Cincinnati, OH  45202  
Tel.:    (513) 621-0267  
Fax:    (513) 381-2375  
bobsteinberg@wsbclaw.cc

Stanley M. Chesley, Esq.  
Waite Schneider Bayless & Chesley Co. LPA  
1513 Fourth & Vine Tower  
One West Fourth Street  
Cincinnati, OH  45202  
Tel.:    (513) 621-0267  
Fax:    (513) 621-0262  
stanchesley@wsbclaw.com

Steven F. Stuhlbarg, Esq.  
7809 Shadowhill Way  
Cincinnati, OH  45202  
Tel.:    (513) 807-7510  
Fax:    (513) 891-0929  
stuhlbarg@yahoo.com

    /s/ W. Jeffrey Sefton  
    W. Jeffrey Sefton