# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

James R. Husvar, et al.,
    Plaintiffs

v.                          Case No. 1:01-cv-430

Michel Rapoport, et al.,,
    Defendants

## ORDER

Pursuant to the October 3, 2005 Amended Judgment of the United States Court of Appeals for the Sixth Circuit, this Court's Order of October 9, 2003 is hereby REINSTATED. This matter is REMANDED to the Court of Common Pleas for Butler County, Ohio.

**SO ORDERED.**

Date: October 4, 2005                      s/Sandra S. Beckwith
                                              Sandra S. Beckwith, Chief Judge
                                              United States District Court

