UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES V. HUSVAR,** *et al.*, | ) | Case No. 1:01-CV-430 |
| | ) | |
| Plaintiffs, | ) | Judge Sandra S. Beckwith |
| | ) | |
| -v- | ) | |
| | ) | **ORDER** |
| **MICHEL RAPOPORT,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

In light of the continuing proceedings in this action on appeal before the United States Court of Appeals for the Sixth Circuit, Defendants' Motion To Vacate Order Of Remand is GRANTED. This Court's October 4, 2005 Order (Doc. No. 41) remanding the instant action to the Butler County Court of Common Pleas is hereby VACATED.

**SO ORDERED.**


Date: _____              _____
                                      Sandra S. Beckwith, Chief Judge
                                      United States District Court

PREPARED BY:
W. Jeffrey Sefton (0075671)
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6537
Fax: (513) 579-6457
jsefton@kmklaw.com
Attorney for Defendants

OF COUNSEL:

KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400

1527391.2