UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES V. HUSVAR, *et al.*, | ) | Case No. 1:01-CV-430 |
| | ) | |
| Plaintiffs, | ) | Judge Sandra S. Beckwith |
| | ) | |
| -v- | ) | |
| | ) | **ORDER** |
| MICHEL RAPOPORT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

In light of the continuing proceedings in this action on appeal before the United States Court of Appeals for the Sixth Circuit, Defendants' Motion To Vacate Order Of Remand is GRANTED. This Court's October 4, 2005 Order (Doc. No. 41) remanding the instant action to the Butler County Court of Common Pleas is hereby VACATED.

**SO ORDERED.**

Date: 11/18/05

Sandra S. Beckwith, Chief Judge
United States District Court