# United States District Court
# Southern District of Ohio

---

**Potter Stewart Courthouse**
**Room 103**
**100 East Fifth Street**
**Cincinnati, Ohio 45202**

| | |
|---|---|
| **James Bonini** | Telephone:  513.564.7500 |
| **Clerk of Court** | Facsimile:  513.564.7505 |

November 18, 2005

**Court of Common Pleas**
**Civil Division, Butler County, OH**
**315 High Street**
**Suite 550**
**Hamilton, OH 45011-6016**

       IN RE:      James v Rapoport, et al.,
                    State Court Case No. 2001051132
                    District Court Case No. 1:01-cv-430

This is to notify you that the Court's order of October 4, 2005 (Doc. No. 41) is vacated.

Sincerely,

JAMES BONINI
Clerk of Courts

s/Shawntel Jackson
Shawntel Jackson
Case Administrator/SSB