UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 01-4254

Filed: January 13, 2006

JAMES R. HUSVAR; SIDNEY B. GUTZWILLER; ROBERT V. CARUSO;
RONALD W. BARNETT, individually and as the representative of
the plaintiff class

    Plaintiffs - Appellants

v.

MICHEL RAPOPORT; WILLIAM A. MARQUARD; THOMAS R. WALL, IV;
ROBERT A. YOUNG, III;

    Defendants - Appellees

MOSLER, INC.

    Defendant

1:01CV430

**MANDATE**

Pursuant to the court's disposition that was filed 7/23/03 the mandate for this case hereby issues today.

A True Copy.

Attest:

COSTS:

Filing Fee ..........$
Printing ............$

    Total ........$

_____
Deputy Clerk