*Office of the Clerk*
*United States District Court*
*103 Potter Stewart U.S. Courthouse Bldg.*
*100 East Fifth Street*
*Cincinnati, Ohio 45202*
*513/564-7520*

January 20, 2006

Office of the Clerk
Court of Common Pleas
for Butler County, Ohio
315 High St., 3rd Floor
Hamilton, Ohio 45011

      IN RE:    1:01-cv-430 James Husvar, et al. v. Michel Rapoport, et al.

    This is to notify you that the above captioned case has been remanded to your court on January 20, 2006. Enclosed please find a copy of the Order of Remand.

                        Sincerely,

                        Mary Brown
                        Deputy Clerk

Encl.